UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

REGINALD W. HANKERSON III

Plaintiff,

vs.

PO PEREZ, PO SELLITTO, CITY OF JERSEY CITY, JOHN DOE, JANE DOE present identity unknown, TORI JEINER,

Defendants.

Civil Action No.: 09-cv-4738 (PGS)

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter having come before the Court on plaintiff Reginald W. Hankerson III's ("Plaintiff") application to proceed without prepayment of fees under 28 U.S.C. §1915;

It is on this 5 January 2010 ~~23rd day December 2009~~ **ORDERED** as follows:

1. Plaintiff's application is granted.

2. The clerk is directed to file the complaint.

3. The clerk shall issue a summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendants as directed by Plaintiff. All costs of service shall be advanced by the United States.

_____
PETER G. SHERIDAN, U.S.D.J.